UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS LENNELL DAVIS,

        Petitioner,

                                    Case No. 2:21-cv-10939

v.                                Hon. F. Kay Behm

MICHELLE FLOYD,

        Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY AND PERMISSON TO APPEAL IN FORMA PAUPERIS

On January 6, 2022, the Court dismissed Petitioner's state prisoner habeas application because it was filed after expiration of the statute of limitations. (ECF No. 16.) Petitioner subsequently filed a motion for relief from judgment and motion for bond. (ECF Nos. 26 and 29.) The court denied the motion for relief from judgment because it merely reframed the arguments the Court had already rejected when it dismissed the petition. (ECF No. 31.)

A habeas petitioner is required to obtain a certificate of appealability before he can appeal the denial of a motion for relief from judgment which seeks to challenge the judgment in a habeas case. *See United States v. Hardin*, 481 F. 3d 924, 926 (6th Cir. 2007). To obtain a certificate of appealability, a prisoner must make a substantial showing of the denial of a constitutional right. 28 U.S.C.

1

§ 2253(c)(2). An applicant must show that "reasonable jurists could debate that the petition could have been resolved differently or that the claims raised deserved further review." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

Reasonable jurists would not conclude that the issue raised in Petitioner's motion for relief from judgment deserves further review. As explained in the order denying that motion, Petitioner's argument that an allegedly suppressed video proves that he is actually innocent is completely without merit. Therefore, a certificate of appealability is **DENIED**.

The standard for obtaining IFP status is less burdensome. A court may grant IFP status if the Court finds that an appeal is taken in good faith and is not frivolous. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App.24 (a); *Owens v. Keeling*, 461 F.3d 763, 775 (6th Cir. 2006). An appeal is frivolous when "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The Court finds that Petitioner's appeal cannot be undertaken in good faith because his claims are frivolous. His request is request for leave to appeal in forma pauperis is **DENIED**.

SO ORDERED.

Date: July 27, 2026                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge

2